United States Bankruptcy Court
Central District of California

In re:
Angela Dominika Ramsey
      Debtor

Case No. 19-10208-SY
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 1     Date Rcvd: Apr 22, 2019
                       Form ID: 318a    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
```
db              +Angela Dominika Ramsey,    1985 Manchester Court,    San Jacinto, CA 92582-6903
39295362         Discover Card,    PO BOX 51908,    Los Angeles, CA 90051-6208
39295363        +ERC,    PO BOX 23870,    Jacksonville, FL 32241-3870
39295365        +Hyundai Motor Finance,    P.O. Box 504722,    The Lakes, NV 88905-0001
39295368         Merrick Bank,    PO BOX 660175,    Dallas, TX 75266-0175
39295369         Milestone Credit Card,    c/o Genesis FS Card Services,    PO BOX 84059,
                  Columbus, GA 31908-4059
39295371         Surge,    PO BOX 31292,    Tampa, FL 33631-3292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              EDI: EDD.COM Apr 23 2019 07:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                  P.O. Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Apr 23 2019 07:23:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                  P.O. Box 2952,    Sacramento, CA  95812-2952
39295357        +EDI: ATTWIREBK.COM Apr 23 2019 07:23:00      AT&T,    PO BOX 5014,    Carol Stream, IL 60197-5014
39295358        +EDI: CAPITALONE.COM Apr 23 2019 07:23:00      Capital One Bank (USA), N.A.,
                  10700 Capital One Way,    Glen Allen, VA 23060-9243
39295359        +E-mail/Text: bzern@celticbank.com Apr 23 2019 03:37:37      Celtic Bank Corp.,
                  268 South State Street, Suite 300,    Salt Lake City, UT 84111-5314
39295360        +EDI: WFNNB.COM Apr 23 2019 07:23:00      Comenity Bank/VCTRSSEC,    PO BOX 182789,
                  Columbus, OH 43218-2789
39295361        +EDI: RCSFNBMARIN.COM Apr 23 2019 07:23:00      Credit One Bank,    PO BOX 98872,
                  Las Vegas, NV 89193-8872
39295364         EDI: AMINFOFP.COM Apr 23 2019 07:23:00      First Premier Bank,    PO BOX 5529,
                  Sioux Falls, SD 57117-5529
39295366         EDI: IRS.COM Apr 23 2019 07:23:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA 19101-7346
39295367        +EDI: CBSKOHLS.COM Apr 23 2019 07:23:00      Kohls/Capital One,    PO Box 3115,
                  Milwaukee, WI 53201-3115
39295367        +E-mail/Text: bncnotices@becket-lee.com Apr 23 2019 03:35:21      Kohls/Capital One,
                  PO Box 3115,    Milwaukee, WI 53201-3115
39295370        +EDI: PRA.COM Apr 23 2019 07:23:00      Porfolio Recovery Associates,
                  120 Corporate Blvd., Suite 1,    Norfolk, VA 23502-4952
39295372        +EDI: RMSC.COM Apr 23 2019 07:23:00      SYNCB/Walmart,    PO BOX 965064,    Orlando, FL 32896-5064
39295373        +EDI: WFFC.COM Apr 23 2019 07:23:00      Wells Fargo,    Corporate Offices,
                  420 Montgomery Street,    San Francisco, CA 94104-1207
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp             Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
```
              John P Pringle (TR)    brenfro@rpmlaw.com, jpp@trustesolutions.net
              Kian Mottahedeh    on behalf of Debtor Angela Dominika Ramsey kian@smlawca.com,
               lawsr69447@notify.bestcase.com;nancy@smlawca.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
              Valerie  Smith   on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Angela Dominika Ramsey** | Social Security number or ITIN **xxx–xx–1894** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | |
| Case number: | **6:19–bk–10208–SY** | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angela Dominika Ramsey

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/22/19

**Dated:** 4/22/19

**By the court:**  Scott H. Yun
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**10/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 2